IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JASON S. LYNCH      PLAINTIFF

vs.      CIVIL ACTION NO. 5:08cv308 DCB-JMR

MOUNTAIN LAUREL ASSURANCE COMPANY,
PROGRESSIVE DIRECT INSURANCE COMPANY,
PROGRESSIVE CASUALTY INSURANCE COMPANY,
THE PROGRESSIVE CORPORATION, BILL ESTES AND
JOHN DOES A-Z      DEFENDANTS

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, Jason S. Lynch, and Defendants, Mountain Laurel Assurance Company and Bill Estes, by and through counsel of record and move the Court for an Order dismissing this suit with prejudice; and it being made known to the Court that Plaintiff's claims have been fully compromised and settled, and that all parties consent to the entry of this Order and agree that this cause should be dismissed with prejudice. The Court, being fully advised in the premises, does find that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims against in this cause be, and the same are, hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 26th day of January, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____
BRYAN H. CALLAWAY, ESQ.
Attorney for Plaintiff


_____
BRADLEY S. KELLY, ESQ. (MSB#101243)
Attorney for Defendants